IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE JOHNSON, Individually and on Behalf of All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| RADIAN GROUP, INC., et al. | : | NO. 08-2007 |

<u>ORDER</u>

AND NOW, this 16th day of July, 2009, upon consideration of the defendants' Motion to Dismiss (Docket No. 13), the plaintiff's opposition (Docket No. 18), and the defendants' reply thereto (Docket No. 19), following a hearing on said motion on December 19, 2008, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED.  The complaint is hereby dismissed without prejudice.  The plaintiff may file an amended complaint within thirty days of this Order.

BY THE COURT:


<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.