```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JEANETTE JOHNSON, Individually  :   CIVIL ACTION
and on Behalf of All Others     :
Similarly Situated              :
                                :
     v.                         :
                                :
RADIAN GROUP, INC., et al.      :   NO. 08-2007
```

## ORDER

AND NOW, this 26th day of May, 2010, upon consideration of the defendants' Motion to Dismiss the Amended Complaint (Docket No. 33), the plaintiff's opposition, the defendants' reply thereto, and the parties' writings concerning supplemental authority, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED.  The complaint is hereby DISMISSED WITH PREJUDICE.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.